UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jennae Tropea,

                    Plaintiff,

        - against -

Vital Contingent Planning LLC, et
ano.,

                    Defendant.

26-cv-1579 (JGK)

Order

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant Vital Contingent Planning LLC ("Vital") to answer was originally March 26, 2026. See ECF No. 24. On March 23, 2026, the parties stipulated to an extension of time for Vital to answer until May 11, 2026. See ECF No. 31. To date, no answer has been filed.

The time for Vital to answer or respond to the complaint is extended to **May 25, 2026.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

The plaintiff should serve a copy of this Order on the defendant and file proof of service on the docket by **May 18, 2026.**

SO ORDERED.

Dated:    New York, New York
          May 12, 2026

_____
          John G. Koeltl
    United States District Judge