UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JENNAE TROPEA,

                    Plaintiff,                                    26-cv-1579 (JGK)

        - against -                                              Order

VITAL CONTINGENT PLANNING
LLC, ET ANO.,

                    Defendant.

---

John G. Koeltl, District Judge:

    The parties are directed to appear by telephone for a conference in connection with the defendants' proposed motion to transfer or dismiss on **Wednesday, May 27, 2026, at 12:30 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:      New York, New York
            May 19, 2026                    _____
                                                    John G. Koeltl
                                            United States District Judge