UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNAE TROPEA,

                    Plaintiff,                          26-cv-1579 (JGK)

          - against -                                   Order

VITAL CONTINGENT PLANNING
LLC, ET ANO.,

                    Defendants.

**John G. Koeltl, District Judge:**

As discussed during the telephone conference held today, the plaintiff may file an amended complaint by **June 5, 2026**. If the plaintiff files an amended complaint, the defendants may move to transfer or to dismiss the amended complaint, or answer it, by **June 19, 2026**. The plaintiff may respond to any motion by **July 6, 2026**. The defendants may reply by **July 13, 2026**. The defendants need not request a pre-motion conference before moving to transfer or to dismiss the amended complaint.

The plaintiff's request to file a collective-action motion is stayed pending a decision on the defendants' anticipated motion to transfer and to dismiss.

SO ORDERED.

Dated:    New York, New York
          May 27, 2026

                                        _____
                                            John G. Koeltl
                                        United States District Judge