UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JENNAE TROPEA,

                Plaintiff(s)

        -against-

VITAL CONTINGENT PLANNING, LLC, et al,
                Defendant(s).
------------------------------------------------------------X

26 civ 1579 (JGK)

**ORDER**

The conference scheduled for Tuesday, June 23, 2026, at 2:30pm, is canceled.

**SO ORDERED.**

                                **JOHN G. KOELTL**
                 **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      June 17, 2026